IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

Montgomery Blair Sibley,

        Plaintiff,

vs.

Chauncey J. Watches, solely in his official capacity as a New York Consolidated Laws, Penal Law §265.00(10) Licensing Officer,

        Defendant.
_____/

Case No.: 19-CV-6517

NOTICE OF ADDENDUM TO FINANCIAL AFFIDAVIT

Plaintiff, Montgomery Blair Sibley ("Sibley"), pursuant to 28 U.S.C. §1746, states that the factual matters stated herein are true under penalty of perjury, and states as follows:

Ommitted from the Financial Affidavit submitted in this matter was the ownership of Two (2) shares of Corning Glass Work (GLW) stock valued at $64.82.

I declare under penalty of perjury that the foregoing is true and correct.

        MONTGOMERY BLAIR SIBLEY
        Plaintiff
        189 Chemung Street
        Corning, N.Y. 14830
        (607) 301-0967
        mbsibley@gmail.com

By: _____
       Montgomery Blair Sibley

# Montgomery Blair Sibley

189 Chemung Street
Corning, N.Y. 14830
607-301-0967
mbsibley@gmail.com

July 11, 2019

Office of the Clerk
2120 United States Courthouse
100 State Street
Rochester, New York 14614-1387

      Re:    *Montgomery Blair Sibley vs. Chauncey J. Watches*
              Case No.: 19-CV-6517

Greetings:

Please find enclosed for filing in the above matter:

1. Notice of Addendum to Financial Affidavit and
2. My Refusal to Consent to assignment to a Magistrate

Please contact me at the number above with any questions or concerns.

Yours,

Blair Sibley
189 Chemung Street
Corning, NY 14830





Office of the Clerk
2120 United States Courthouse
100 State Street
Rochester, New York 14614-1387

14614-131745