IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

Montgomery Blair Sibley,

    Plaintiff,

vs.

Chauncey J. Watches, solely in his official capacity as a New York Consolidated Laws, Penal Law §265.00(10) Licensing Officer,

    Defendant.
_____/

Case No.:6:19-cv-06517-FPG

MOTION *PROCEDENDO AD JUSTICIUM* AND MEMORANDUM OF LAW IN SUPPORT

    Plaintiff, Montgomery Blair Sibley ("Sibley"), pursuant to the anomalous authority of this Court, respectfully requests that this Court *procedendo ad justicium* upon Sibley's Motion to Proceed in *forma pauperis* which, as of today, has been pending for **twenty-eight (28)** days since **July 9, 2019**. Sibley is and will continue to be prejudiced by they delay for, *inter alia*, the loss of time to timely serve the Complaint in the ninety (90) day window as required by FRCP Rule 4(m).

    In this matter in which Sibley alleges the loss of a fundamental right secured under the Second Amendment, the harm caused by the Court's delay is irreparable. *Accord: Elrod v. Burns*, 427 U.S. 347, 373, (1976)(plurality opinion)("[T]he loss of constitutional freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury.")

    WHEREFORE, Sibley respectfully request this Court *procedendo ad justicium* upon Sibley's Motion to Proceed in Forma Pauperis.

1

**Montgomery Blair Sibley**
Plaintiff
189 Chemung Street
Corning, N.Y. 14830
(607) 301-0967
montybsibley@gmail.com


By: _____
      Montgomery Blair Sibley

Blair Sibley
189 Chemung Street
Corning, NY 14830



Office of the Clerk
2120 United States Courthouse
100 State Street
Rochester, New York 14614-1387