UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MONTGOMERY BLAIR SIBLEY,

                                    Plaintiff,                     **NOTICE OF MOTION**

                    -vs-                                           **19-CV-6517**

CHAUNCEY J. WATCHES, et al.,

                                    Defendants.

_____

**PLEASE TAKE NOTICE** that upon the pleadings in this action, all prior proceedings, Defendants' memorandum of law, the Declaration of Bernard F. Sheehan, and related exhibits, Defendants respectfully move this Court for a stay of proceedings or, alternatively, for an order extending to January 20, 2023, the deadline for Defendants to respond to the Fifth Amended Complaint (Docket No. 100) and the motion for a preliminary injunction (Docket No. 96).

This Motion is submitted on the papers.  No oral argument is requested. Defendant reserves the right to submit reply papers.

Dated:        December 12, 2022

                                    LETITIA JAMES
                                    Attorney General of the State of New York
                                    Attorney for Defendants

                                    /s/ Bernard F. Sheehan_____
                                    BERNARD F. SHEEHAN
                                    Assistant Attorney General of Counsel
                                    NYS Office of the Attorney General
                                    144 Exchange Boulevard, Suite 200
                                    Rochester, New York 14614
                                    Telephone: (585) 546-7430
                                    Bernard.Sheehan@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on December 12, 2022, I electronically filed the foregoing Notice of Motion with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

        1.     n/a

And, I hereby certify that I have mailed, by the United States Postal Service, a copy of the document to the following non-CM/ECF participant(s):

        1.     Montgomery Blair Sibley
                 P.O. Box 341
                 Odessa, NY 14869

                 LETITIA JAMES
                 Attorney General of the State of New York
                 Attorney for Defendants

                 /s/ Bernard F. Sheehan
                 BERNARD F. SHEEHAN
                 Assistant Attorney General of Counsel
                 NYS Office of the Attorney General
                 144 Exchange Boulevard, Suite 200
                 Rochester, New York 14614
                 Telephone: (585) 546-7430
                 Bernard.Sheehan@ag.ny.gov