

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
ROCHESTER REGIONAL OFFICE

August 11, 2023

By CM/ECF

Hon. Frank P. Geraci, Jr.  
United States District Court  
Western District of New York  
100 State Street  
Rochester, New York 14614

**RE:  Sibley v. Watches, Case No.: 6:19-CV-06517 (FPG)  
Status report on the <u>Antonyuk</u> appeal**

Dear Judge Geraci:

    As ordered, Defendants submit this status report on the appeal in <u>Antonyuk v. Hochul</u>, No. 22-2908, which is currently pending in the Second Circuit. <u>See</u> Docket No. 141. The Second Circuit has not yet issued a decision. The Second Circuit heard argument on March 20, 2023, and the case is currently sub judice.

Very truly yours,

/s/ *Bernard F. Sheehan*  
BERNARD F. SHEEHAN  
Assistant Attorney General  
New York State Department of Law  
144 Exchange Boulevard  
Rochester NY 14614  
(585) 546-7430

cc:  Montgomery B. Sibley (by first class mail)  
      P.O. Box 341  
      Odessa, N.Y. 14869