

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
ROCHESTER REGIONAL OFFICE

October 13, 2023

**By CM/ECF**

Hon. Frank P. Geraci, Jr.
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

**RE:   Sibley v. Watches, Case No.: 6:19-CV-06517 (FPG)**
**Status report on the <u>Antonyuk</u> appeal**

Dear Judge Geraci:

As ordered, Defendants submit this status report on the appeal in <u>Antonyuk v. Hochul</u>, No. 22-2908, which is currently pending in the Second Circuit. <u>See</u> Docket No. 145. The Second Circuit has not yet issued a decision. The Second Circuit heard argument on March 20, 2023, and the case is currently sub judice.

Very truly yours,

/s/ *Bernard F. Sheehan*

BERNARD F. SHEEHAN
Assistant Attorney General
New York State Department of Law
144 Exchange Boulevard
Rochester NY 14614
(585) 546-7430

cc:   Montgomery B. Sibley (by first class mail)
      P.O. Box 341
      Odessa, N.Y. 14869