Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Montgomery Blair Sibley,
Plaintiff

     v.

Chauncey J. Watches, et al,
Defendants

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 19-CV-6517

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendants' motion to dismiss is granted. Plaintiff's fifth amended complaint is dismissed with prejudice.

Date: March 19, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
    Deputy Clerk